Filing # 91742905 E-Filed 06/26/2019 05:11:33 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:
DIVISION:

MATTHEW KIGHT

    Plaintiff,

v.

PRESERVE AT CEDAR RIVER
LIMITED PARTNERSHIP,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, MATTHEW KIGHT, by and through the undersigned attorney, sues Defendant, PRESERVE AT CEDAR RIVER LIMITED PARTNERSHIP (hereinafter referred to as "THE PRESERVE"), and alleges:

1. This is an action for damages in excess of $15,000.00.

2. At all times material hereto, Plaintiff, MATTHEW KIGHT, was and is a resident of Jacksonville, Duval County, Florida.

3. At all times material hereto, Defendant, THE PRESERVE, was and is a Limited Partnership authorized to do business, and conducting business in Duval County, Florida.

4. On or about June 17, 2018, Defendant owned, operated and/or maintained an apartment complex located at 4301 Confederate Point Road in Jacksonville, Duval County, Florida.

5. On or about June 17, 2018, Plaintiff was an invitee of Defendant's apartment complex and was walking down a staircase at Building 21 after leaving his girlfriends apartment when he was caused to fall through the rotten wood stairs onto the ground below.

6. At that time and place, Defendant, THE PRESERVE, owned, operated, controlled, possessed, and/or maintained the subject staircase.

7. At all times material hereto, Defendant, THE PRESERVE, by and through its officers, agents, apparent agents, servants, and/or employees had a duty to maintain the subject staircase in a reasonably safe manner so as to avoid causing people, such as the Plaintiff, to fall.

8. At all times material hereto, Defendant, THE PRESERVE, by and through its officers, agents, apparent agents, servants, and/or employees had a duty to warn and/or protect the Plaintiff from a negligent and/or dangerous condition of which it knew or should have known prior to the subject fall as same had existed for a sufficient length of time.

9. At all times material hereto, Defendant, THE PRESERVE, breached these duties owed to the Plaintiff by:

   a. Negligently and carelessly failing to maintain the subject staircase in a reasonably safe condition;

   b. Negligently and carelessly failing to warn, and/or protect Plaintiff from the negligent and/or dangerous condition of which it knew or should have known prior to the subject fall as the same had existed for a sufficent length of time;

   c. Negligently and carelessly failing to post warning signs and or block off the area surrounding the negligently maintained staircase;

   d. Negligently and carelessly creating a fall hazard;

   e. Negligently and carelessly failing to cure the dangerous fall condition; and/or

    f. Other such acts of negligence that may become apparent during discovery.

10. At all times material hereto, the said dangerous and negligent condition was not apparent to Plaintiff.

11. As a direct and proximate result of the negligence and breach of duties by Defendant, THE PRESERVE, Plaintiff was caused to fall through the rotten wood staircase resulting in bodiliy injury.

12. As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are permanent and continuing within a reasonable degree of medical probability and Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, MATTHEW KIGHT, demands judgment against Defendant, THE PRESERVE, for damages and costs and a trial by jury of all issues herein.

Dated this 26th day of June, 2019.

              **FARAH & FARAH, P.A.**

              /s/ Ryan E. Thompson
              Ryan E. Thompson, Esquire
              Florida Bar No.: 108389
              10 West Adams Street
              Jacksonville, Florida 32202
              P: (904) 513-5781
              F: (904) 380-3780
              *Attorney for Plaintiff*

              **Email Designation:**
              Primary: rthompson@farahandfarah.com
              Alt: jwasik@farahandfarah.com